FILED by _____ **MM** _____ D.C.

**Aug 9, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 22-20356-CR-SCOLA/GOODMAN
CASE NO. _____

18 U.S.C. § 2261A(2)(B)

UNITED STATES OF AMERICA

v.

JAMES CATALANO,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Cyber Harassment
### 18 U.S.C. § 2261A(2)(B)

From on or about December 1, 2021, through on or about July 20, 2022, in Miami-Dade

County, in the Southern District of Florida, and elsewhere, the defendant,

**JAMES CATALANO,**

did, with intent to harass and intimidate, use any interactive computer service and electronic

communication service and electronic communication system of interstate commerce, and any

other facility of interstate and foreign commerce to engage in a course of conduct that caused,

attempted to cause,

[This Space Intentionally Left Blank.]

and would be reasonably expected to cause substantial emotional distress to F.G., in violation of

Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
ARIELLE KLEPACH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMES CATALANO,

_____/
Defendant.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)

- ☑ Miami   ☐ Key West   ☐ FTP
- ☐ FTL   ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to  5 days
   - II   ☐ 6 to 10 days
   - III   ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                              Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No.  22-mj-03252-Goodman

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                              Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the                 District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:   _____

Arielle F. Klepach
Assistant United States Attorney
Court ID No.    A5502706

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  __JAMES CATALANO__

**Case No**: _____

Count #: 1

Cyber Harassment

Title 18, United States Code, Section 2261A(2)(B)
* **Max. Term of Imprisonment: Five Years**
* **Mandatory Min. Term of Imprisonment (if applicable): NA**
* **Max. Supervised Release: One Year**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**